IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN STEWART DAVIS,<br><br>Defendant. | CR 15–27–M–DLC<br><br>ORDER |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture and Judgment. The Court FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. § 2253;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 982(b)(1) and 21 U.S.C. § 853(n)(1);

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 2253;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT the Plaintiff's Unopposed Motion for Final Order of Forfeiture

(Amended) (Doc. 40) is GRANTED. Plaintiff's First Unopposed Motion for Final Order of Forfeiture (Doc. 37) is DENIED as moot.

THAT judgment of forfeiture of the property listed in Attachment C (Doc. 41-4) shall enter in favor of the United States pursuant to 18 U.S.C. § 2253, free from the claims of any other party.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

IT IS FURTHER ORDERED that the judicial forfeiture allegation as to the property listed in Attachments A (Doc. 41-2) and B (Doc. 41-3) shall be DISMISSED. The property listed in Attachment A (Doc. 41-2) shall be returned to Michael Davis and Dennis Davis as stipulated by the parties.

Dated this 14th day of October, 2016.

Dana L. Christensen, Chief Judge
United States District Court

| Asset ID | Asset Description | Value | Claimant |
|---|---|---|---|
| 15-ATF-018919 | Remington Arms Company, INC. 8 Rifle CAL:30 SN:58308 | $400.00 | N/A |
| 15-ATF-018920 | Remington Arms Company, INC. 8 Rifle CAL:32 SN:60577 | $400.00 | N/A |
| 15-ATF-018921 | Remington Arms Company, INC. 8 Rifle CAL:35 Remington | $400.00 | N/A |
| 15-ATF-018922 | Remington Arms Company, INC, 8 Rifle CAL:30-30 SN:64686 | $400.00 | N/A |
| 15-ATF-018923 | Remington Arms Company, INC. 8 Rifle CAL: 32 Rem SN:43232 | $400.00 | N/A |
| 15-ATF-018924 | 9Remington Arms Company Unknown Rifle CAL:32 Rem SN:845 | $400.00 | N/A |
| 15-ATF-018925 | Remington Arms Company, INC. 8 Rifle CAL:35 Rem SN:64215 | $400.00 | N/A |
| 15-ATF-018926 | Unknown Unknown Rifle CAL:30 SN:88132 | $200.00 | N/A |
| 15-ATF-018927 | Remington Arms Company, INC. 8 Rifle CAL:35 Rem SN:64391 | $400.00 | N/A |
| 15-ATF-018928 | Remington Arms Company, INC. Unknown Rifle CAL:35 Rem 22393 | $300.00 | N/A |
| 15-ATF-018929 | Remington Arms Company, INC. 8 Rifle CAL: 35 SN:62921 | $400.00 | N/A |
| 15-ATF-018930 | Remington Arms Company, INC. 8 Rifle CAL:32 SN:43390 | $400.00 | N/A |
| 15-ATF-018931 | Remington Arms Company, INC. Unknown Rifle CAL:32 Rem 3872 | $300.00 | N/A |
| 15-ATF-018932 | Remington Arms Company, INC. Unknown Rifle CAL:35 Rem 23322 | $300.00 | N/A |
| 15-ATF-018934 | Remington Arms Company, INC. Unknown Rifle CAL:25-35 s/n 16780 | $300.00 | N/A |
| 15-ATF-018935 | Remington Arms Company, INC. Unknown Rifle CAL:35 Rem 11802 | $300.00 | N/A |
| 15-ATF-018936 | Remington Arms Company, INC. Unknown Rifle CAL: 35 Rem 30381 | $300.00 | N/A |
| 15-ATF-018937 | Remington Arms Company, INC. 81 Rifle CAL: 32 Rem SN:Un | $350.00 | N/A |
| 15-ATF-018938 | Remington Arms Company, INC. 81 Rifle CAL:300 SN:32748 | $350.00 | N/A |
| 15-ATF-018939 | Remington Arms Company, INC. 81 Rifle CAL:300 SN:31718 | $350.00 | N/A |
| 15-ATF-018940 | Remington Arms Company, INC. Unknown Rifle CAL:32 Rem 3450 | $350.00 | N/A |
| 15-ATF-018941 | Remington Arms Company, INC. Unknown Rifle CAL:35 Rem 18267 | $350.00 | N/A |
| 15-ATF-018942 | Remington Arms Company, INC. 81 Rifle CAL: 30 Rem SN:28860 | $350.00 | N/A |
| 15-ATF-018943 | Remington Arms Company, INC Unknown Rifle CAL:25 Rem S/N 21041 | $300.00 | N/A |
| 15-ATF-018944 | Remington Arms Company, INC. 8 Rifle CAL:35 Rem SN: 67286 | $400.00 | N/A |
| 15-ATF-018945 | Remington Arms Company, INC. 8 Rifle CAL:35 Rem SN:64268 | $400.00 | N/A |
| 15-ATF-018947 | Remington Arms Company, INC. Unknown Rifle CAL:25 Rem 20646 | $300.00 | N/A |
| 15-ATF-018950 | Remington Arms Company, INC. 8 Rifle CAL:30 SN:60872 | $400.00 | N/A |
| 15-ATF-018951 | Remington Arms Company, INC. Unknown Rifle CAL:30 SN:35483 | $300.00 | N/A |
| 15-ATF-018958 | Remington Arms Company, INC. Unknown Rifle CAL:30-30 S/N 5674 | $400.00 | N/A |
| 15-ATF-0189560 | Remington Arms Company, INC. 8 Rifle CAL:30 SN:44748 | $400.00 | N/A |
| 15-ATF-018961 | Remington Arms Company, INC. Unknown Rifle CAL:35 Rem 27305 | $300.00 | N/A |

| | | | |
|---|---|---|---|
| 15-ATF-019281 | Remington Arms Company, Inc. 8 Rifle CAL:35 SN:26835 | $400.00 | N/A |
| 15-ATF-019296 | Remington Arms Company, Inc. 8 Rifle CAL:35 SN:9220 | $400.00 | N/A |
| 15-ATF-019299 | Remington Arms Company, Inc. Unknown Rifle CAL:30-30 S/N 6041 | $450.00 | N/A |
| 15-ATF-019300 | Remington Arms Company, Inc. Unknown Rifle CAL:30-30 S/N 24519 | $400.00 | N/A |
| 15-ATF-019302 | Remington Arms Company, Inc 8 Rifle CAL:30 SN:16213 | $400.00 | N/A |
| 15-ATF-019303 | Remington Arms Company, Inc. 8 Rifle CAL:30 SN:57368 | $400.00 | N/A |
| 15-ATF-019304 | Remington Arms Company, Inc. 8 Rifle CAL:30 SN:39916 | $400.00 | N/A |
| 15-ATF-019305 | Remington Arms Company, Inc. 8 Rifle CAL:30 SN:31007 | $400.00 | N/A |
| 15-ATF-019306 | Remington Arms Company, Inc. 8 Rifle CAL:30 SN:6021 | $400.00 | N/A |
| 15-ATF-019309 | Remington Arms Company, Inc. 8 Rifle CAL:30 SN:20330 | $400.00 | N/A |
| 15-ATF-019310 | Remington Arms Company, Inc. 8 Rifle CAL:30 SN:53650 | $400.00 | N/A |
| 15-ATF-019311 | Remington Arms Company, Inc. 8 Rifle CAL:30 SN:4729 | $400.00 | N/A |
| 15-ATF-019313 | Remington Arms Company, Inc. 8 Rifle CAL:30 SN:24162 | $400.00 | N/A |
| 15-ATF-019314 | Remington Arms Company, Inc. 8 Rifle CAL:32 SN:35004 | $400.00 | N/A |
| 15-ATF-019316 | Remington Arms Company, Inc. 8 Rifle CAL:25-35 SN:20927 | $400.00 | N/A |
| 15-ATF-019318 | Remington Arms Company, Inc. 8 Rifle CAL:30 SN:29045 | $400.00 | N/A |
| 15-ATF-019319 | Remington Arms Company, Inc. 8 Rifle CAL:30 SN:41364 | $400.00 | N/A |
| 15-ATF-019320 | Remington Arms Company, Inc. 8 Rifle CAL:30 SN:4683 | $400.00 | N/A |
| 15-ATF-019321 | Remington Arms Company, Inc. 8 Rifle CAL:30 SN:8438 | $400.00 | N/A |
| 15-ATF-019324 | Remington Arms Company, Inc. 8 Rifle CAL:25 SN:23690 | $400.00 | N/A |
| 15-ATF-019325 | Remington Arms Company, Inc. 8 Rifle CAL:25 SN:45998 | $400.00 | N/A |
| 15-ATF-020716 | Remington Arms Company, Inc. 8 Rifle CAL:35 SN:27844 | $400.00 | N/A |
| 15-ATF-020720 | Remington Arms Company, Inc. 8 Rifle CAL:35 SN:68403 | $400.00 | N/A |
| 15-ATF-020722 | Remington Arms Company, Inc. 8 Rifle CAL:35 SN:11207 | $400.00 | N/A |
| 15-ATF-020741 | Remington Arms Company, Inc. 8 Rifle CAL:35 SN:13284 | $400.00 | N/A |
| 15-ATF-020748 | Remington Arms Company, Inc. 8 Rifle CAL:35 SN:46817 | $400.00 | N/A |
| 15-ATF-020754 | Remington Arms Company, Inc. 8 Rifle CAL:35 SN:626 | $400.00 | N/A |
| 15-ATF-020759 | Remington Arms Company, Inc. 81 Rifle CAL:35 SN:24803 | $450.00 | N/A |
| 15-ATF-020785 | Remington Arms Company, Inc. 8 Rifle CAL:35 SN:4923 | $400.00 | N/A |
| 15-ATF-020790 | Remington Arms Company, Inc. 8 Rifle CAL:35 SN:194 | $400.00 | N/A |

| Asset ID | Asset Description | Value | Claimant |
|---|---|---|---|
| 15-ATF-018694 | Adams Arms, LLC GBI-21440 Rifle CAL:223 SN:SPD13473 | $600.00 | N/A |
| 15-ATF-018705 | Anderson Manufacturing AM-15 Rifle CAL:223 SN:1407273 | $500.00 | N/A |
| 15-ATF-018709 | Chiappa Firearms LTD 1886 Rifle CAL:45/70 SN:14C71618 | $300.00 | N/A |
| 15-ATF-018716 | Marlin Firearms CO. 336C Rifle CAL:35 Remington SN:H44 | $400.00 | N/A |
| 15-ATF-018738 | LWRC (Leitner Wise Rifle CO. INC.) M6 Rifle CAL:556 SN | $600.00 | N/A |
| 15-ATF-018814 | Anderson Manufacturing AM-15 Rifle CAL:556 SN:15053815 | $600.00 | N/A |
| 15-ATF-018826 | Extreme Tactical Rebel 15 Rifle CAL:223 SN:B0040 | $600.00 | N/A |
| 15-ATF-018831 | Izhrnash (IMEZ) Saiga 308-1 Rifle CAL:762 SN:H09723859 | $500.00 | N/A |
| 15-ATF-018876 | Remington Arms Company, INC. Unknown Rifle CAL:22 SN:A2231730 | $300.00 | N/A |
| 15-ATF-018903 | Robinson Armament CO. XCR-M Rifle CAL:223 SN:XMR0660 | $600.00 | N/A |
| 15-ATF-018905 | Remington Arms Company, INC. Winmaster 870 Shotgun CAL 331573V | $400.00 | N/A |
| 15-ATF-018907 | Browning Unknown Shotgun CAL:Unknown SN:55397 | $300.00 | N/A |
| 15-ATF-018910 | Ithaca Gun CO. 37 Featherlight Shotgun CAL:12 SN:371637965 | $300.00 | N/A |
| 15-ATF-018911 | Remington Arms Company, INC. 514 Rifle CAL:22 SN:Unknown | $300.00 | N/A |
| 15-ATF-018912 | Unknown Single Shot Derringer CAL:22 SN:22098 | $300.00 | N/A |
| 15-ATF-018915 | SSC.IND Suisse Unknown Rifle CAL:44 SN:70702 | $300.00 | N/A |
| 15-ATF-018933 | Unknown Unknown Rifle CAL:458 Win Mag SN:Unknown | $400.00 | N/A |
| 15-ATF-018953 | Winchester 70 Rifle CAL:30 SN:G2464860 | $400.00 | N/A |
| 15-ATF-018954 | Fabrica De Armas Unknown Rifle CAL:762 SN: FR8-10726 | $400.00 | N/A |
| 15-ATF-018955 | Remington Arms Company, INC. 870 Express Magnum Rifle D305744M | $350.00 | N/A |
| 15-ATF-018956 | Ruger American Rifle CAL:5.56 SN:694-31386 | $500.00 | N/A |
| 15-ATF-019298 | Walther CCP Pistol CAL:9 SN:WK013735 | $350.00 | N/A |
| 15-ATF-019328 | Kodensha CO. LTD. (Nikko) 7000 Rifle CAL:7 SN:N014399 | $850.00 | N/A |
| 15-ATF-019329 | Marlin Firearms CO. 39 American Wildlife Rifle CAL:22 S/N WL000619 | $950.00 | N/A |
| 15-ATF-019332 | Marlin Firearms CO. Golden 39A Rifle CAL:22 SN:Rl8423 | $950.00 | N/A |
| 15-ATF-019350 | Ruger American Rifle Rifle CAL:30-06 SN:69150952 | $365.00 | N/A |
| 15-ATF-019355 | Ruger Mini 14 Rifle CAL:223 SN:18588332 | $700.00 | N/A |
| 15-ATF-019359 | Marlin firearms CO. 336SS Rifle CAL:35 SN:H448 | $425.00 | N/A |
| 15-ATF-019366 | Aguirre Y Aranzabal Unknown Shotgun CAL:410 SN:103637 | $450.00 | N/A |
| 15-ATF-019382 | Ruger M77 Rifle CAL:358 SN:71022204 | $450.00 | N/A |
| 15-ATF-019399 | Winchester 9422 Rifle CAL:22 SN:F224371 | $325.00 | N/A |
| 15-ATF-019410 | Steyr AUG Rifle CAL:223 SN:909USR661 | $2,000.00 | N/A |
| 15-ATF-019419 | Marlin Firearms CO. 39TDS Rifle CAL:22 SN:TDS01280 | $325.00 | N/A |
| 15-ATF-019432 | DSA INC. SA58 Rifle CAL:308 SN:DS32690 | $650.00 | N/A |
| 15-ATF-019437 | Unknown Unknown Shotgun CAL:Unknown SN:None | $450.00 | N/A |
| 15-ATF-019445 | Unknown Unknown Shotgun CAL:Unknown SN:None | $450.00 | N/A |

| | | | |
|---|---|---|---|
| 15-ATF-019454 | Ruger 10/22 Rifle CAL:22 SN:25115109 | $325.00 | N/A |
| 15-ATF-019463 | Unknown Unknown Shotgun CAL:Unknown SN:23335 | $125.00 | N/A |
| 15-ATF-019482 | Unknown Unknown Pistol CAL:Unknown SN:25113705 | $225.00 | N/A |
| 15-ATF-019512 | Ruger American Rifle Rifle CAL:22 SN:69385938 | $225.00 | N/A |
| 15-ATF-019516 | H. Pieper Unknown Shotgun CAL:12 SN:None | $275.00 | N/A |
| 15-ATF-019523 | Heckler & Koch Inc. HK4 Pistol CAL:22 SN:43086 | $320.00 | N/A |
| 15-ATF-019527 | Heckler & Koch Inc. Unknown Pistol CAL:9 SN:31929 | $25.00 | N/A |
| 15-ATF-019533 | Armalite ARlO Rifle CAL:223 SN:604206 | $800.00 | N/A |
| 15-ATF-019535 | Harrington and Richardson Topper 158 Shotgun CAL:Unknown S/N AF2674882 | $400.00 | N/A |
| 15-ATF-019554 | Enfield M2 Carbine Rifle CAL:30 SN:7549997 | $1,000.00 | N/A |
| 15-ATF-019560 | Valmet Unknown Shotgun CAL:12 SN:47148 | $250.00 | N/A |
| 15-ATF-019565 | Browning Unknown Pistol CAL:22 SN:None | $200.00 | N/A |
| 15-ATF-019572 | Smith & Wesson 639 Pistol CAL:9 SN:A792100 | $350.00 | N/A |
| 15-ATF-019577 | Remington Arms Company, Inc. 66 Rifle CAL:22 SN:None | $225.00 | N/A |
| 15-ATF-019583 | Ithaca Gun CO. Unknown Shotgun CAL:12 SN:None | $250.00 | N/A |
| 15-ATF-019586 | Marlin Firearms CO. 39A Rifle CAL:22 SN:VI6450 | $200.00 | N/A |
| 15-ATF-019588 | RMI Sport 1886 Rifle CAL:45 SN:14C71629 | $175.00 | N/A |
| 15-ATF-019590 | CMMG, Inc. MK-4 Rifle CAL:223 SN:SCH006043 | $70.00 | N/A |
| 15-ATF-019592 | Arsenal Inc. SLR106CR Rifle CAL:5.56X45 SN:AB470552 | $425.00 | N/A |
| 15-ATF-019597 | Winchester 9422 Rifle CAL:22 SN:F81814 | $575.00 | N/A |
| 15-ATF-019606 | Ruger Unknown Rifle CAL:308 Win SN:69307012 | $620.00 | N/A |
| 15-ATF-019615 | Savage 2400 Shotgun CAL:12 SN:78361V | $475.00 | N/A |
| 15-ATF-019624 | Eastern Arms Company Unknown Shotgun CAL:20 SN:None | $425.00 | N/A |
| 15-ATF-019628 | Kahr Arms - Auto Ordnance CM9 Pistol CAL:9 SN:IQ6705 | $300.00 | N/A |
| 15-ATF-019630 | Kimber DR-200 Receiver/Frame CAL:223 SN:RA001143 | $50.00 | N/A |
| 15-ATF-019632 | Ruger SR1911 Pistol CAL:45 SN:671-59491 | $700.00 | N/A |
| 15-ATF-019641 | Sterling Arms Unknown Pistol CAL:221 SN:10-90288 | $350.00 | N/A |
| 15-ATF-019642 | FNH USA, LLC FNX-45 Pistol CAL:45 SN:FXUOD5342 | $450.00 | N/A |
| 15-ATF-019655 | Ruger LCP Pistol CAL:380 SN:370006529 | $325.00 | N/A |
| 15-ATF-019660 | Unknown Unknown Pistol CAL:8mm SN:33029 | $50.00 | N/A |
| 15-ATF-019665 | W. Manton Unknown Shotgun CAL:12 SN:None | $400.00 | N/A |
| 15-ATF-020339 | Colt Unknown Pistol CAL:Unknown SN:DA08018 | $450.00 | D.A. |
| 15-ATF-020351 | Colt Unknown Pistol CAL:Unknown SN:R01408 | $400.00 | N/A |
| 15-ATF-020367 | Smith & Wesson SD40 Pistol CAL:40 SN:HFA0960 | $450.00 | N/A |
| 15-ATF-020371 | Smith & Wesson 59 Pistol CAL:9 SN:A268895 | $250.00 | N/A |
| 15-ATF-020375 | Ruger LCP Pistol CAL:380 SN:37384335 | $350.00 | N/A |
| 15-ATF-020381 | Springfield Armory, Geneseo, IL Unknown Rifle CAL:22 | $100.00 | N/A |
| 15-ATF-020387 | Rossi S41 Shotgun CAL:410 SN:SP236860 | $150.00 | N/A |
| 15-ATF-020391 | Smith & Wesson M&P 22 Pistol CAL:22 SN:HHD4171 | $400.00 | N/A |
| 15-ATF-020397 | Daewoo ARlOO Rifle CAL:5.56 SN:545258 | $600.00 | N/A |
| 15-ATF-020403 | Diamondback Arms Inc. DB FS Nine Pistol CAL:9 SN:FB4580 | $250.00 | N/A |
| 15-ATF-020417 | Ruger LC9 Pistol CAL:9 SN:32759581 | $350.00 | N/A |
| 15-ATF-020422 | Smith & Wesson SD9VE Pistol CAL:9 SN:FWF0978 | $400.00 | N/A |
| 15-ATF-020428 | Keltec, CNC Industries, Inc. Unknown Pistol CAL:22 SN: WMR24 | $350.00 | N/A |
| 15-ATF-020432 | Ruger American Rifle Rifle CAL:7-08 SN:69176801 | $500.00 | N/A |
| 15-ATF-020436 | Stag Arms Stag-15 Rifle CAL:556 SN:25991 | $800.00 | N/A |
| 15-ATF-020441 | Marlin Firearms CO. 15Y Rifle CAL:22 SN:10661017 | $250.00 | N/A |

| | | | |
|---|---|---|---|
| 15-ATF-020444 | Kahr Arms-Auto Ordnance PM9 Pistol CAL:9 SN:VC9807 | $250.00 | N/A |
| 15-ATF-020450 | Smith & Wesson 32 Revolver CAL:38 SN:16302 | $450.00 | N/A |
| 15-ATF-020454 | Ruger Mark III Pistol CAL:22 SN:27163975 | $350.00 | N/A |
| 15-ATF-020460 | Astra 600/43 Pistol CAL:9 SN:44792 | $225.00 | N/A |
| 15-ATF-020465 | High Standard DM101 Derringer CAL:22 SN:1497643 | $150.00 | N/A |
| 15-ATF-020470 | Ruger New Bearcat Revolver CAL:22 SN:9313289 | $325.00 | N/A |
| 15-ATF-020474 | Ruger Mark III Pistol CAL:22 SN:27064845 | $375.00 | N/A |
| 15-ATF-020479 | Sig-Sauer 1911 Pistol CAL:45 SN:GS53942 | $1,450.00 | N/A |
| 15-ATF-020486 | Colt Trooper Revolver CAL:357 SN:61040 | $750.00 | N/A |
| 15-ATF-020489 | Winchester 1873 Rifle CAL:357 SN:00520ZX738 | $1,295.00 | N/A |
| 15-ATF-020495 | Winchester 1873 Rifle CAL:45 SN:00006ZW73J | $2,600.00 | N/A |
| 15-ATF-020500 | Marlin Firearms Co. 1895 Rifle CAL:45 SN:MR54021C | $650.00 | N/A |
| 15-ATF-020505 | Marlin Firearms CO. 39A Rifle CAL:22 SN:17262907 | $850.00 | N/A |
| 15-ATF-020510 | Marlin Firearms CO. 336CS Rifle CAL:30-30 SN:17083023 | $650.00 | N/A |
| 15-ATF-020536 | Marlin Firearms CO. 1894S Rifle CAL:44 SN:12029645 | $695.00 | N/A |
| 15-ATF-020562 | Rossi Unknown Rifle CAL:Unknown SN:FGX114206 | $650.00 | N/A |
| 15-ATF-020571 | Smith & Wesson Unknown Revolver CAL:Unknown SN:194661 | $100.00 | N/A |
| 15-ATF-020575 | Unknown Unknown Revolver CAL:41 SN:None | $125.00 | N/A |
| 15-ATF-020582 | Unknown Unknown Revolver CAL:41 SN:None | $225.00 | N/A |
| 15-ATF-020588 | Unknown 1874 Revolver CAL:45 SN:None | $350.00 | N/A |
| 15-ATF-020595 | U.S. Revolver Company Unknown Revolver CAL:32 SN:26340 | $200.00 | N/A |
| 15-ATF-020602 | Harrington and Richardson Unknown Revolver CAL:35 | $25.00 | N/A |
| 15-ATF-020607 | Hopkins and Allen Unknown Revolver CAL:30 SN:B6248 | $400.00 | N/A |
| 15-ATF-020614 | Hopkins and Allen Unknown Revolver CAL:32 SN:H2980 | $225.00 | N/A |
| 15-ATF-020618 | Harrington and Richardson Unknown Revolver CAL:36 | $25.00 | N/A |
| 15-ATF-020624 | Harrington and Richardson Young American Revolver S/N 100250 | $300.00 | N/A |
| 15-ATF-020637 | Winchester 67 Rifle CAL:22 SN:None | $325.00 | N/A |
| 15-ATF-020640 | Ithaca Gun CO. Hamiless Shotgun CAL:12 SN:108218 | $400.00 | N/A |
| 15-ATF-020645 | Eagle Arms Unknown Shotgun CAL:12 SN:None | $395.00 | N/A |
| 15-ATF-020659 | Hopkins and Allen XL Revolver CAL:22 SN:5985 | $400.00 | N/A |
| 15-ATF-020672 | Harrington and Richardson Sportsman Revolver CAL:22 SN D7146 | $350.00 | N/A |
| 15-ATF-020675 | Smith & Wesson Unknown Revolver CAL:38 SN:578709 | $400.00 | N/A |
| 15-ATF-020678 | Iver Johnson Unknown Revolver CAL:38 SN:14515 | $400.00 | N/A |
| 15-ATF-020682 | Varga Unknown Revolver CAL:6.35 SN:1920 | $520.00 | N/A |
| 15-ATF-020688 | Unknown Unknown Pistol CAL:22 SN:21434 | $325.00 | N/A |
| 15-ATF-020692 | Unknown Unknown Rifle CAL:44 SN:92560 | $325.00 | N/A |
| 15-ATF-020699 | Savage Stevens 311H Shotgun CAL:12 SN:None | $325.00 | N/A |
| 15-ATF-020706 | Remington Arms Company, Inc. 8 Rifle CAL:32 SN:66856 | $400.00 | N/A |
| 15-ATF-020712 | J Stephens Unknown Rifle CAL:32 SN:290 | $350.00 | N/A |
| 15-ATF-020726 | Ruger AR-556 Rifle CAL:556 SN:85016279 | $700.00 | N/A |
| 15-ATF-020766 | Kodensha Co. Ltd. (Nikko) 7000 Rifle CAL:30-06 SN:160 | $400.00 | N/A |
| 15-ATF-020774 | DPMS Inc. (Defense Procurement Mfg. Services) A15 Rifle S/N F182774 | $600.00 | N/A |
| 15-ATF-020778 | FNH USA, LLC FNP40 Pistol CAL:40 SN:61CMR01283 | $350.00 | N/A |
| 15-ATF-020782 | Browning Unknown Pistol CAL:9 SN:T254312 | $350.00 | N/A |
| 15-ATF-021141 | Sig-Sauer BDA45 Pistol CAL:45 SN:B0A45395RP6509 | $450.00 | N/A |
| 15-ATF-021144 | Sig-Sauer P220 Pistol CAL:45 SN:G212425 | $550.00 | N/A |
| 15-ATF-021152 | Sig Sauer PM 45 Kahr Pistol CAL:223 SN:SV3930 | $450.00 | N/A |

| | | | |
|---|---|---|---|
| 15-ATF-021153 | Glock INC. 19 Pistol CAL:9 SN:RCW036 | $350.00 | N/A |
| 15-ATF-021154 | Anderson Manufacturing AM-15 Rifle CAL:223 SN:14072728 | $450.00 | N/A |
| 15-ATF-021155 | Smith & Wesson Walther PPQ Pistol CAL:9 SN:FAK4436 | $250.00 | N/A |
| 15-ATF-021158 | Anderson Manufacturing AM-15 Receiver/Frame CAL:Multi S/N 14072729 | $50.00 | N/A |
| 15-ATF-021159 | Spike's Tactical LLC SL15 Receiver\Frame CAL:223 SN:SAR66858 | $50.00 | N/A |
| 15-ATF-021160 | Spike's Tactical LLC SL15 Receiver\Frame CAL:223 SN:SAR66889 | $50.00 | N/A |
| 15-ATF-021163 | Extreme Tactical Rebel 15 Receiver\Frame CAL:223 SN:B0007 | $50.00 | N/A |
| 15-ATF-021164 | Spike's Tactical LLC ST15 Receiver\Frame CAL:223 SN:SBR70996 | $50.00 | N/A |
| 15-ATF-021165 | Mag Tactical Systems MG-G4 Receiver\Frame CAL:223 SN:MTS31286 | $50.00 | N/A |
| 15-ATF-021166 | MAG Tactical Systems MG-G4 Receiver\Frame CAL:223 SN:MTS31510 | $50.00 | N/A |
| 15-ATF-021167 | Spike's Tactical LLC ST15 Receiver\Frame CAL:223 SN:SAR66890 | $50.00 | N/A |
| 15-ATF-021168 | MAG Tactical Systems LLC MG-G4 Receiver\Frame CAL:223 S/N MTS27931 | $50.00 | N/A |
| 15-ATF-021169 | Anderson Manufacturing AM-15 Receiver\Frame CAL:223 SN 14072730 | $50.00 | N/A |
| 15-ATF-021170 | Anderson Manufacturing AM-15 Receiver\Frame CAL:223 SN 14114484 | $50.00 | N/A |
| 15-ATF-021171 | Anderson Manufacturing AM-15 Receiver\Frame CAL:223 SN 15053820 | $50.00 | N/A |
| 15-ATF-021172 | Anderson Manufacturing AM-15 Receiver\Frame CAL:223 SN 14072731 | $50.00 | N/A |
| 15-ATF-021173 | Anderson Manufacturing AM-15 Receiver\Frame CAL:223 SN 14114485 | $50.00 | N/A |
| 15-ATF-021174 | Anderson Manufacturing AM-15 Receiver\Frame CAL:223 SN 14114483 | $50.00 | N/A |
| 15-ATF-021175 | Savage B Shotgun CAL:20 SN:Unknown | $250.00 | N/A |
| 15-ATF-021176 | Anderson Manufacturing AM-15 Receiver\Frame CAL:223 SN 15053814 | $50.00 | N/A |
| 15-ATF-021177 | Anderson Manufacturing AM-15 Receiver\Frame CAL:223 SN 14072732 | $50.00 | N/A |
| 15-ATF-021178 | Anderson Manufacturing AM-15 Receiver\Frame CAL:223 SN 14114466 | $50.00 | N/A |
| 15-ATF-021179 | Extreme Tactical Rebel Receiver\Frame CAL:223 SN:B0034 | $50.00 | N/A |
| 15-ATF-021180 | Golden State Arms 12012 Rifle CAL:30 SN:17493 | $250.00 | N/A |
| 15-ATF-021181 | Extreme Tactical Rebel Receiver\Frame CAL:223 SN:B0035 | $50.00 | N/A |
| 15-ATF-021182 | Extreme Tactical Rebel 15 Receiver\Frame CAL:223 SN:B0033 | $50.00 | N/A |
| 15-ATF-021183 | Noveske Rifleworks LLC N4 Rifle CAL:223 SN:N14664 | $900.00 | N/A |
| 15-ATF-021184 | Stag Arms Stag-15 Rifle CAL:556 SN:261728 | $700.00 | N/A |
| 15-ATF-021185 | Ruger 10/22 Receiver\Frame CAL:22 SN:11973634 | $250.00 | N/A |
| 15-ATF-021187 | Springfield Armory, Geneseo, IL XD-40 Pistol CAL:4 0 SN XD363256 | $400.00 | N/A |
| 15-ATF-021188 | Heckler & Koch VP9 Pistol CAL:9 SN:224048432 | $400.00 | N/A |
| 15-ATF-021189 | Remington Arms Company INC. Unknown Pistol CAL:380 SN: PA19510 | $150.00 | N/A |
| 15-ATF-021193 | Noveske Rifleworks LLC N4 Rifle CAL:223 SN:Nll044 | $900.00 | N/A |
| 15-ATF-021194 | CMMG INC. MK-4 Rifle CAL:223 SN:SCH004349 | $650.00 | N/A |
| 15-ATF-021195 | Stag Arms Stag-15 Rifle CAL:556 SN:261733 | $650.00 | N/A |
| 15-ATF-021208 | Colt SPI Rifle CAL:223 SN:SP203158 | $800.00 | N/A |
| 15-ATF-021213 | Colt Anaconda Revolver CAL:44 SN:MM06270 | $700.00 | D.A. |
| 15-ATF-021215 | Colt Peacemaker Revolver CAL:22 SN:G0949RB | $350.00 | D.A. |
| 15-ATF-021222 | Springfield Armory, Geneseo, IL M6 Scout Rifle CAL:22 S/N M15393 | $300.00 | N/A |
| 15-ATF-021228 | Marlin Firearms CO. 336 Rifle CAL:30-30 SN:26051487 | $400.00 | N/A |
| 15-ATF-021229 | Winchester 9422M Rifle CAL:22 Win Magnum SN:F99579 | $450.00 | N/A |
| 15-ATF-018609 | Winchester 190 Rifle CAL:22 SN:B1958299 | $400.00 | D.M. |
| 15-ATF-018688 | Winchester 190 Rifle CAL:22 SN:B1761517 | $400.00 | D.M. |
| 15-ATF-018699 | Winchester 290 Rifle CAL:22 SN:B1259515 | $400.00 | D.M. |
| 15-ATF-018719 | Winchester 74 Rifle CAL:22 SN:272577A | $400.00 | D.M. |
| 15-ATF-018726 | Winchester 74 Rifle CAL:22 SN:195374A | $400.00 | D.M. |
| 15-ATF-018728 | Winchester 150 Rifle CAL:22 SN:B1239212 | $400.00 | D.M. |

| 15-ATF-018740 | Winchester 55 Rifle CAL:22 SN:Unknown | $400.00 | D.M. |
|---|---|---|---|
| 15-ATF-018744 | Winchester 58 Rifle CAL:22 SN:Unknown | $400.00 | D.M. |
| 15-ATF-018749 | Winchester 69A Rifle CAL:22 SN:Unknown | $400.00 | D.M. |
| 15-ATF-018752 | Winchester 69 Rifle CAL:22 SN:Unknown | $400.00 | D.M. |
| 15-ATF-018757 | Winchester 69 Rifle CAL:22 SN:Unknown | $400.00 | D.M. |
| 15-ATF-018759 | Winchester 69A Rifle CAL:22 SN:Unknown | $400.00 | D.M. |
| 15-ATF-018762 | Winchester 77 Rifle CAL:22 SN:Unknown | $400.00 | D.M. |
| 15-ATF-018811 | Winchester 69 Rifle CAL:22 SN:Unknown | $400.00 | D.M. |
| 15-ATF-018857 | Winchester 77 Rifle CAL:22 SN:80856 | $400.00 | D.M. |
| 15-ATF-018862 | Unknown Premier Single Shot Rifle CAL:22 SN:Unknown | $200.00 | D.M. |
| 15-ATF-018866 | Winchester 74 Rifle CAL:22 SN:229925A | $400.00 | D.M. |
| 15-ATF-018871 | Winchester 77 Rifle CAL:22 SN:7090 | $400.00 | D.M. |
| 15-ATF-018877 | Remington Arms Company, INC. 34 Rifle CAL:22 SN:120237 | $300.00 | D.M. |
| 15-ATF-018880 | Winchester 90 Rifle CAL:22 SN:218556 | $400.00 | D.M. |
| 15-ATF-018901 | Winchester 1890 Rifle CAL:22 SN:604829 | $400.00 | D.M. |
| 15-ATF-018902 | Winchester 06 Rifle CAL:22 SN:762875 | $400.00 | D.M. |
| 15-ATF-018904 | Browning Light 12 Shotgun CAL:12 SN:27565 | $300.00 | D.M. |
| 15-ATF-018906 | Unknown 257 Roberts Rifle CAL:Unknown SN:109514 | $450.00 | D.M. |
| 15-ATF-018908 | Winchester 67 Rifle CAL:22 SN:Unknown | $400.00 | D.M. |
| 15-ATF-018909 | Winchester 67 Rifle CAL:22 SN:Unknown | $400.00 | D.M. |
| 15-ATF-018913 | Winchester 60A Rifle CAL:22 SN:Unknown | $300.00 | D.M. |
| 15-ATF-018914 | Winchester 67A Rifle CAL:22 SN:Unknown | $400.00 | D.M. |
| 15-ATF-018916 | Winchester 67 Rifle CAL:22 SN:Unknown | $400.00 | D.M. |
| 15-ATF-018917 | Winchester 67 Rifle CAL:22 SN:11055 | $400.00 | D.M. |
| 15-ATF-018918 | Winchester 68 Rifle CAL:22 SN:Unknown | $400.00 | D.M. |
| 15-ATF-018946 | Winchester 1903 Rifle CAL:22 SN:55500 | $400.00 | D.M. |
| 15-ATF-018948 | Winchester 62 Rifle CAL:22 SN:38752A | $400.00 | D.M. |
| 15-ATF-018949 | Winchester 61 Rifle CAL:22 SN:59669 | $400.00 | D.M. |
| 15-ATF-018957 | Winchester 1903 Rifle CAL:22 SN:22988 | $400.00 | D.M. |
| 15-ATF-018959 | Winchester 275 Rifle CAL:22 SN:551374 | $400.00 | D.M. |
| 15-ATF-020629 | Winchester 67 Rifle CAL:22 SN:None | $350.00 | D.M. |
| 15-ATF-020633 | Winchester 67 Rifle CAL:22 SN:None | $300.00 | D.M. |
| 15-ATF-020649 | Winchester 67A Rifle CAL:22 SN:None | $400.00 | D.M. |
| 15-ATF-020652 | Winchester 67 Rifle CAL:22 SN:None | $300.00 | D.M. |
| 15-ATF-020656 | Winchester 60A Rifle CAL:22 SN:None | $350.00 | D.M. |
| 15-ATF-020708 | Winchester 1903 Rifle CAL:22 SN:14283 | $400.00 | D.M. |
| 15-ATF-020731 | Winchester 61 Rifle CAL:22 SN:33534 | $400.00 | D.M. |
| 15-ATF-020735 | Winchester 1903 Rifle CAL:22 SN:74851 | $400.00 | D.M. |
| 15-ATF-019423 | Winchester 72 Rifle CAL:22 SN:None | $200.00 | D.M. |
| 15-ATF-019426 | Winchester 72 Rifle CAL:22 SN:None | $350.00 | D.M. |

| Asset ID | Asset Description | Value | Claimant |
|---|---|---|---|
| 15-ATF-018733 | New Era Gunworks Unknown Shotgun CAL:12 SN:Unknown | $350.00 | J.H. |
| 15-ATF-019526 | Colt Unknown Pistol CAL: 22 SN: None | $400.00 | R.G. |
| 15-ATF-021186 | Star, Bonifacio Echeverria EIB AR Pistol CAL:380 SN:1878479 | $200.00 | D.G. |
| 15-ATF-021190 | Remington Arms Company, INC. Unknown Pistol CAL:380 SN:PA50136 | $150.00 | D.G. |
| 15-ATF-021191 | Beretta USA Corp Stampede S.A. Unknown CAL:45 SN:B12587 | $350.00 | G.E. |
| 15-ATF-021192 | Uberti, Aldo Unknown Revolver CAL:45 SN:13089 | $200.00 | G.E. |
| 15-ATF-020348 | Ruger Unknown Pistol CAL:22 SN:1088809 | $300.00 | J.H. |
| 15-ATF-019448 | Izhmash (IMEZ) Saiga-12 Shotgun CAL:12 SN:H11410619 | $400.00 | J.S. |
| 15-ATF-021196 | Armscorp USA (Armscorp of America) Special Edition Revlover CAL:38 SN:A382855 | $200.00 | D.A. |
| 15-ATF-021197 | Colt Unknown Revolver CAL:357 SN:5231 | $400.00 | D.A. |
| 15-ATF-021198 | Unknown M1914 Pistol CAL:357 SN:26006 | $200.00 | D.A. |
| 15-ATF-021199 | Colt New Frontier Revolver CAL:22 SN:L13658 | $150.00 | D.A. |
| 15-ATF-021200 | Sterling Arms Unknown Pistol CAL:22 SN:A104858 | $150.00 | D.A. |
| 15-ATF-021201 | Magnum Research INC. Mountain Eagle Pistol CAL:22 SN:M69220898 | $200.00 | D.A. |
| 15-ATF-021202 | Colt Anaconda Revolver CAL:44 SN:MM11034 | $500.00 | D.A. |
| 15-ATF-021203 | Detonics USA LLC Unknown Pistol CAL:45 SN:4249 | $300.00 | D.A. |
| 15-ATF-021204 | Wildey F.A. INC. - Wildey Firearms CO. INC. Unknown Pistol CAL:45 SN:1653 | $300.00 | D.A. |
| 15-ATF-021205 | Colt Viper Revolver CAL:38 SN:76005R | $200.00 | D.A. |
| 15-ATF-021206 | Interarms Silver Cup Pistol CAL:Unknown SN:SC0018 | $250.00 | D.A. |
| 15-ATF-021207 | Colt AR15 Rifle CAL:9 SN:TA06783 | $800.00 | D.A. |
| 15-ATF-021209 | Unknown Helwan Pistol CAL:9 SN:1037910 | $300.00 | D.A. |
| 15-ATF-021210 | Ordnance Technology SSP86 Pistol CAL:44 SN:Unknown | $250.00 | D.A. |
| 15-ATF-021211 | Ordnance Technology SSP86 Pistol CAL:308 SN:Unknown | $250.00 | D.A. |
| 15-ATF-021212 | Ordnance Technology SSP86 Pistol CAL:22 SN:Unknown | $250.00 | D.A. |
| 15-ATF-021214 | AMT- California (Arcadia Machine & Tool) Hardballer Pistol CAL:45 SN:826214 | $400.00 | D.A. |
| 15-ATF-021216 | Colt Trooper MKIII Revolver CAL:22 SN:Y41317 | $450.00 | D.A. |
| 15-ATF-021217 | Haskell (MFGR) JS45 Pistol CAL:45 SN:27298 | $400.00 | D.A. |
| 15-ATF-021218 | Sterling Arms Unknown Pistol CAL:22 SN:E01565 | $200.00 | D.A. |
| 15-ATF-021219 | Colt Match Target Pistol CAL:22 SN:108932 | $350.00 | D.A. |
| 15-ATF-021220 | L.A.R. Manufacturing Grizzly Mark IV Pistol CAL:44 SN:F000933 | $300.00 | D.A. |
| 15-ATF-021221 | Smith & Wesson 1917 Revolver CAL:45 SN:113733 | $400.00 | D.A. |
| 15-ATF-021223 | Colt Python Ten Pointer Revolver CAL:357 SN:T77686 | $700.00 | D.A. |
| 15-ATF-021224 | Colt MKIV Pistol CAL:45 SN:SF28080 | $600.00 | D.A. |
| 15-ATF-021225 | Colt Army Revolver CAL:38 SN:199595 | $600.00 | D.A. |
| 15-ATF-021227 | L.A.R. Manufacturing MI Pistol CAL:45 SN:A003291 | $350.00 | D.A. |
| 15-ATF-021230 | Ram-Line INC. Unknown Pistol CAL:22 SN:P54105314 | $250.00 | D.A. |

| | | | |
|---|---|---|---|
| 15-ATF-021231 | Military Armament Corp M10A1 Pistol CAL:9/45 SN:S9035969 | $350.00 | D.A. |
| 15-ATF-020335 | I.A.I. Automag V Pistol CAL:50 SN:A00143 | $400.00 | D.A. |
| 15-ATF-020336 | Colt SF-VI Revolver CAL:38 SN:SV4181 | $350.00 | D.A. |
| 15-ATF-020337 | Colt Challenger Pistol CAL:22 SN:27974C | $350.00 | D.A. |
| 15-ATF-020340 | Colt Python Revolver CAL:357 SN:34747E | $700.00 | D.A. |
| 15-ATF-020341 | Smith & Wesson 422 Pistol CAL:22 SN:TAY5803 | $700.00 | D.A. |
| 15-ATF-020342 | SWD M11/9 Pistol CAL:9 SN:89-0005965 | $400.00 | D.A. |
| 15-ATF-020343 | AMT-California (Arcadia Machine & Tool) Automag IV Pistol CAL:45 SN:A01855 | $400.00 | D.A. |
| 15-ATF-020344 | Colt Unknown Pistol CAL:22 SN:PH26551 | $250.00 | D.A. |
| 15-ATF-020345 | Thompson Contender Pistol CAL:Unknown SN:48356 | $50.00 | D.A. |
| 15-ATF-020346 | Iver Johnson Unknown Pistol CAL:Unknown SN:BA05758 | $400.00 | D.A. |
| 15-ATF-020347 | Magnum Research, Inc. Mountain Eagle Pistol CAL:22 SN:M69218337 | $300.00 | D.A. |
| 15-ATF-020357 | Colt Whitetailer II Revolver CAL:357 SN:6242CK | $450.00 | D.A. |
| 15-ATF-020359 | Israel Weapon IND-IWI (Israel Military IND-IMI) Desert Eagle Pistol CAL:357 SN:7380 | $700.00 | D.A. |
| 15-ATF-019301 | Colt Detective Special Revolver CAL:38 SN:None | $500.00 | D.A. |
| 15-ATF-019369 | Armalite AR17 Shotgun CAL:12 SN:None | $600.00 | D.A. |
| 15-ATF-019390 | Marlin Firearms CO. 9 Rifle CAL:22 SN:11569905 | $325.00 | D.A. |
| 15-ATF-019403 | Marlin Firearms CO. 45 Rifle CAL:45 SN:45002323 | $400.00 | D.A. |
| 15-ATF-019414 | Universal Firearms Corp. M1 Rifle CAL:30 SN:183124 | $325.00 | D.A. |
| 15-ATF-019505 | Olympic Arms Inc. (SGW Enterprises & Safari Arms) Commando Rifle CAL:5.56 SN:USMC43 | $625.00 | D.A. |
| 15-ATF-019625 | Colt Python Revolver CAL:357 SN:LA8914 | $350.00 | D.A. |
| 15-ATF-019638 | Colt Officers Model Match Revolver CAL:22 SN:83521 | $250.00 | D.A. |
| 15-ATF-019645 | Colt Peacemaker Revolver CAL:22 SN:G0665R6 | $250.00 | D.A. |
| 15-ATF-019649 | Phoenix Arms CO. HP22 Pistol CAL:22 SN:4106800 | $150.00 | D.A. |
| 15-ATF-018820 | Anderson Manufacturing AM-15 Rifle CAL: 556 SN:14050942 | $1,000.00 | N/A |
| 15-ATF-018952 | Remington Arms Company, INC. Unknown Rifle CAL: 300 SN 23755 | $300 | N/A |
| 15-ATF-019385 | Ruger American Rifle Rifle CAL: 22 SN: 69414092 | $525 | N/A |
| 15-ATF-019467 | Unknown Unknown AOW CAL: Unknown SN: None | $50.00 | N/A |
| 15-ATF-019471 | Unknown Unknown AOW Cal: Unknown SN: None | $50.00 | N/A |
| 15-ATF-019476 | Unknown Unknown Machine Gun CAL: Unknown SN: None | $50.00 | N/A |
| 15-ATF-019495 | Taurus International Unknown Rifle CAL: 45 SN:SN003170X | $425.00 | N/A |
| 15-ATF-019510 | Unknown Unknown Made from Short BBL Rifle CAL: Unknown SN: 52646H | $700.00 | N/A |
| 15-ATF-019602 | Unknown AR15 Auto Sear Machine Gun CAL: Unknown SN: None | $50.00 | N/A |
| 15-ATF-019610 | Steyr AUGA1 Machine Gun CAL: 223 SN: 912USR010 | $2,500.00 | N/A |
| 15-ATF-019670 | SWD Street Sweeper Destructive Device CAL: 12 SN: 6281 | $1,400.00 | N/A |
| 15-ATF-019672 | Hercules Gas Munitions Corp. Unknown AOW CAL: Unknown CN: 67882 | $100.00 | N/A |
| 15-ATF-019673 | Unknown Unknown AOW CAL: Unknown SN: None | $100.00 | N/A |
| 15-ATF-020333 | Competitor Corp., Inc. Competitor Pistol CAL: 223 SN: None | $400.00 | N/A |
| 15-ATF-020364 | Taurus International PT740 Pistol CAL: 40 SN: SDT05928 | $300.00 | N/A |
| 15-ATF-020385 | Remington Arms Company, Inc. 870 Made From Short BBL Shotgun CAL: 12 SN: 335648V | $250.00 | N/A |
| 15-ATF-020566 | Marlin Firearms CO. 1894SS Rifle CAL: 44 SN: 91809103 | $950.00 | N/A |
| 15-ATF-020666 | Iver Johnson Unknown Revolver CAL: 32 SN: None | $300.00 | N/A |
| 15-ATF-021143 | Sig-Sauer 1911 Pistol CAL: Unknown SN: 54A011977 | $700.00 | N/A |
| 15-ATF-021149 | Spike's Tactical LLC ST15 Rifle CAL: 223 SN: SBR71007 | $2,000.00 | N/A |
| 15-ATF-021156 | Sig Sauer 556 Rifle CAL: 7.62X39 SN: 34C002889 | $400.00 | N/A |